# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARSHA ROCHESTER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NANCY A. BERRYHILL, | : | No. 16-6496 |
| Acting Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant. | : | |

## ORDER

**Berle M. Schiller, J.**

AND NOW, this 16th day of November, 2017, after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. This Court's November 8, 2017 Order (doc. 20) is vacated;

2. The Report and Recommendation is APPROVED and ADOPTED;

3. The Plaintiff's Request for Review is DENIED;

4. Judgment is entered in favor of the Defendant.

BY THE COURT:

_____
Berle M. Schiller, J.
UNITED STATES DISTRICT COURT